# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

## MEMORANDUM

August 22, 2005

**FILED**
SEP 0 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**To:** Honorable John D. Bates
United States District Judge

**Through:** Anthony K. Hill, Supervising
United States Probation Officer
Tel: (202) 565-1417

**From:** Brian D. Shaffer, Supervising
United States Probation Officer
Tel: (202) 565-1338

**Re:** **HOLLAND, Lawrence K.**
**Docket Number: CR 01-0088-01**
**REQUEST FOR EARLY TERMINATION OF PROBATION**

**SENTENCE:** On March 13, 2002, Lawrence K. Holland pled guilty to Count Three of a four-count Indictment filed in United States District Court for the District of Columbia. Count three charged a violation of 22 D.C.C. § 504 and § 4, Assault and Use of Unnecessary or Wanton Force. On May 17, 2002, he was sentenced by the Court to five years probation with the following special conditions: $50 special assessment; $4,5302.09 restitution; provide the probation office with access to any requested financial information; refrain from incurring new credit charges or opening additional lines of credit without approval of the probation office unless the defendant is in compliance with the installment payment schedule; participate in an anger management program as approved and directed the probation office; perform 150 hours of community service and approved and directed by the probation office; and refrain from seeking or obtaining any employment in the private security or law enforcement field during the term of probation supervision. Mandatory drug testing was suspended by the Court. Mr. Holland's period of probation commenced on May 17, 2002, and expires May 16, 2007.

**HOLLAND, Lawrence K.**
**Docket No.: CR 01-088-01**
**Page: 2**

On September 29, 2004, Your Honor vacated the restitution order relieving Mr. Holland of any responsibility to pay restitution to Mr. Tionne Jordan.

**ISSUE:** The intent of this memorandum is to report on the excellent supervision progress of Mr. Holland and to recommend he be discharged from further probation supervision.

In a proactive effort to address probable funding reductions, the Criminal Law Committee has requested that United States Probation Offices reduce caseloads by two to three percent. United States Probation Offices are asked to pursue these reductions by appropriately requesting early termination of supervision in applicable cases.

In accordance with the rules promulgated in the Guide to Judiciary Policies and Procedures, Volume X, Chapter 4, "Probation officers may recommend to the court that supervision be terminated prior to the original supervision expiration date when such a recommendation is warranted by the conduct of the offender and in the interest of justice. For offenses occurring after November 1, 1987, recommendations for early termination may be made at any time in the case of a misdemeanor or an infraction, at any time after the expiration of one year probation in the case of a felony, pursuant to 18 U.S.C. § 3654(c), and any time after the expiration of one year of supervised release, pursuant to 18 U.S.C. § 3583(e). An offender under supervision should generally have completed at least two-thirds of the supervision term before a recommendation for early termination is submitted to the court."

In addition, the United States Probation Office for the District of Columbia requires the following prior to a recommendation for early termination of supervision: 1) The offender poses no risk to the community due to his/her removal from supervision. 2) All conditions of supervision must be satisfied. 3) The offender's home and employment must be stable. 4) The offender incurred no new arrests or convictions during the term of supervision. 5) The offender has been drug-free and there has been no evidence of alcohol abuse for at least one year.

**SUPERVISION ADJUSTMENT:** Mr. Holland's probation supervision is without incident. All special conditions were satisfied and all criminal record queries returned negative for new criminal conduct.

On January 24, 2003, Mr. Holland commenced weekly, private therapy with therapist, Ms. Amy Rushton, in Rockville, Maryland. The therapy focused on anger management related issues. Mr. Holland completed his course of therapy on April 2, 2003. Restitution was vacated by the Court on September 29, 2004, and the $50 special assessment was satisfied on January 02, 2003. Mr. Holland completed his 150 hours of community service on in the fall of 2002, with the Boys and Girls Club of Washington, D.C.

**HOLLAND, Lawrence K.**
Docket No.: CR 01-088-01
Page: 3

Mr. Holland resides with his wife, Lori Holland, and three adolescent children, in Lanham, Maryland. He is gainfully employed as the owner and operator of LK Executive Sedan Services, Washington, D.C.

**RECOMMENDATION:** Pursuant to Fed. R. Crim. Proc. 32.1, on August 19, 2005, Gregg Maisel, Assistant United States Attorney, was telephonically contacted and notified of our intention to pursue early termination. Mr. Maisel indicated his office opposes early termination as they believe Mr. Holland should serve the full five years of probation. Mr. Maisel recommends a hearing be scheduled should our office proceed with the request for early termination.

Notwithstanding the position of the United States Attorney's office, we believe further supervision of Mr. Holland is unwarranted as he has displayed law-abiding behavior, satisfied all court requirements, and leads a pro-social lifestyle. Accordingly, pursuant to 18 U.S.C. § 3564(c), we recommend Mr. Holland be discharged from further probation supervision.

Should Your Honor concur with the probation office's request, the Probation Form 35 is appended for review and signature. However, if the Court desires a hearing be scheduled, please indicate below by affixing your signature to this memorandum and return one copy to the probation office.

_____
**Honorable John D. Bates**
**United States District Judge**

_____
**Date** August 24, 2005

**Additional instructions from the Court:** _Hearing scheduled for September 26, 2005 at 9:15 a.m._

HOLLAND, Lawrence K.
Docket No.: CR 01-088-01
Page: 4

Notice of Delivery to Parties:

Gregg Maisel
U.S. Attorney's Office
555 4th Street, NW
Washington, D.C.  20001

Federal Public Defenders
500 Indiana Avenue, NW
Washington, D.C.  20001

Lawrence K. Holland
10335 Broom Lane
Lanham, MD 20706