Lawrence K. Holland

Leave to file GRANTED

*[signature]* ~~5/30/16~~

John D. Bates
United States District Judge

*Motion to Seal/Expunge*

May 4, 2016

**FILED**

MAY 31 2016

Clerk, U.S. District and
Bankruptcy Courts

The Honorable John D. Bates

United States District Court Judge

U.S. District Court for the District of Columbia

333 Constitution Avenue, Northwest Washington, DC 20001

RE: Seal or Expungement of record for Lawrence K. Holland

Case Number: 1:01-cr-00088-JDB-1

Dear Name of Judge: The Honorable John D. Bates

This letter is a formal request to have my misdemeanor conviction sealed/expunged and the two other dismissed charges associated with my case sealed/expunged. Judge Bates I've contacted Dani Jahn by email in public defender's office and reached out to Mr. Boss in that same office; however I have not been successful in obtaining any information that's needed. I did speak with the Director of the Public Defender's Office A.J. Kramer who advised me that he was not sure if a federal charge and or dismissed convictions could be sealed or expunged. I think you understand the uncertainty of Mr. Kramer's answer is why I'm reaching out to you. My reason for contacting the public defender's office in the first place is due to limited funds. I recognize that this is my issue; however I hopeful Judge Bates that you would be willing to help me move on with my life. It's been fourteen years since I plead to the misdemeanor charge and nearly nine years since my five year probation was over. I have not been arrested for anything during that time and still maintain my marriage of twenty six years. I was arrested surrounding my use of force while employed with Metropolitan Police Department while I effectuated an arrest in 1999.

There were two mistrials that resulted from this case and the US Attorney's Office pursued a third trial at which time I pled. I did not have any malice toward Mr. Jordan the man I assaulted the night of this incident therefore I believed I was innocent; however after a careful review of everything in totality the

prosecution was just when the US Attorney's Office stated that they believed I responded in anger and assaulted Mr. Jordan after being struck myself. They went on to say that a law enforcement officer can never respond in anger. I wish that night never took place because it has altered my life and made employment at certain places I'm interested in difficult.

It's for those reasons that I'm attempting to have this misdemeanor and the dismissed charges sealed. Employers see my background and disregard the fact that charges have been dismissed and the one conviction is a misdemeanor. I'm not marginalizing the seriousness of any criminal charges I just would like the opportunity to move from under this cloud that has prevented me from employment positions I'm qualified for with a misdemeanor conviction.

Thank you for your kind consideration in this matter. I can be reached at                    or at                        if you have any questions or would like to contact me.


Sincerely,

Lawrence K. Holland